No. 77–6013.  WYCHE *v.* WARDEN, MARYLAND PENITEN-
TIARY, *ante,* p. 907.  Petition for rehearing denied.

No. 77–908.  MADRY *v.* SOREL ET AL., 434 U. S. 1086.  Mo-
tion of petitioner to defer consideration of petition for rehear-
ing and petition for rehearing denied.

No. 77–5877.  CARROLL *v.* MANSON, CORRECTIONS COMMIS-
SIONER, ET AL., 434 U. S. 1075.  Motion for leave to file petition
for rehearing denied.

APRIL 19, 1978

No. 76–1610.  AYALA ET AL. *v.* UNITED STATES ET AL.  C. A.
9th Cir.  [Certiorari granted, 434 U. S. 814.]  Writ of cer-
tiorari dismissed under this Court's Rule 60.

No. 77–1000.  CHICAGO, ROCK ISLAND & PACIFIC RAILROAD
Co. *v.* REDIKER.  Ct. App. Kan.  [Certiorari granted, *ante,*
p. 922.]  Writ of certiorari dismissed under this Court's Rule
60.

No. 77–1344.  K. S. B. TECHNICAL SALES CORP. ET AL. *v.*
NORTH JERSEY DISTRICT WATER SUPPLY COMMISSION OF NEW
JERSEY ET AL.  Appeal from Sup. Ct. N. J. dismissed under
this Court's Rule 60.